

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Overruled by 6-7424

Honorable Clifford Graves
Acting County Attorney
Cottle County
Paducah, Texas

Dear Sir:

Opinion No. O-6299
Re: Whether the tax collector
can legally appoint as his
deputy, a person who married
his wife's nephew.

Your letter of November 24, 1944, requests the opinion of this department on the following question:

"May the tax collector employ as his deputy a person who married his wife's nephew?"

Articles 432 and 433, Vernon's Annotated Penal Code, are commonly referred to as nepotism statutes. There are other statutes pertaining to nepotism, however, we do not deem it necessary to quote any of these statutes for the purposes of this opinion.

After carefully considering Articles 432 and 433, Vernon's Annotated Penal Code, it is clear that the county tax assessor-collector cannot appoint a person as his deputy if the person who is to be appointed deputy is related to the county tax assessor-collector within the second degree of affinity or the third degree by consanguinity. Does the prohibitive degree of relationship exist?

The method of computing the degree of consanguinity and affinity is fully discussed in our Opinions No. O-2225 and 2383, copies of which are enclosed for your convenience. In view of these opinions and the authorities mentioned therein, you are advised that the person inquired about is related to the county assessor-collector of taxes within the prohibited degree and that the county tax assessor-collector cannot legally appoint such person as his deputy.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Clifford Graves - page 2

In view of the opinions of this department heretofore mentioned, copies of which are enclosed herewith, we deem it unnecessary to further discuss the question involved.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED DEC 4, 1944

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Ardell Williams
Assistant

AW:ddt
Encl.

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN